UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KELLY GROTKE, Ph.D., <br><br> Plaintiff, <br><br> v. <br><br> HARVEST INVESTMENTS LTD., <br><br> Defendant. | C.A. No. 1:23-cv-10225-IT |

## STIPULATION OF DISMISSAL

Plaintiff Kelly Grotke, Ph.D. and Defendant Harvest Investments, Ltd. hereby stipulate to the dismissal of this action, with prejudice, with each party to bear its own fees and costs, and with all rights of appeal waived.

Respectfully Submitted,

| Kelly Grotke, Plaintiff, | Harvest Investments, Ltd, Defendant, |
| By Her Attorneys, | By Its Attorneys, |

*/s/ Michaela C. May*  
Michaela C. May (BBO #676834)  
mmay@bennettandbelfort.com  
Todd J. Bennett (BBO #643185)  
tbennett@bennettandbelfort.com  
Bennett & Belfort, P.C.  
24 Thorndike Street, Suite 300  
Cambridge, MA 02141  

*/s/ Douglas Oldham*  
Douglas Oldham (*Pro Hac Vice*)  
douglas.oldham@btlaw.com  
Barnes & Thornburg LLP  
41 S. High Street, Suite 3300  
Columbus, OH 43215  
(614) 628-1422

(617) 577-8800

Heather B. Repicky (BBO No. 663347)
hrepicky@btlaw.com
Matthew J. Baker (BBO No. 698819)
mbaker@btlaw.com
Barnes & Thornburg LLP
One Marina Park Dr., Suite 1530
Boston, MA 02210
(617) 316-5310

## **CERTIFICATE OF SERVICE**

I, Michaela C. May, certify that on this date, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants.

*/s/ Michaela C. May*